DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

YADKIN VALLEY LAND CO., L.L.C. v. BAKER

No. 71P01

Case below: 141 N.C. App. 636

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 1 March 2001.

## PETITION TO REHEAR

BROWN v. BROWN

No. 77A00

Case below: 353 N.C. 220

Petition by plaintiff to rehear pursuant to Rule 31 denied 1 February 2001.